**Dismissed and Opinion Filed January 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00065-CR

**THOMAS PAUL GILBERT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80015-2018**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Molberg

Thomas Paul Gilbert was found guilty and sentenced for possession of a controlled substance in the 219th Judicial District Court of Collin County on September 10, 2018. A week later, appellant filed a notice of appeal in this Court. After the record and briefs were filed, we issued a memorandum opinion affirming the trial court's judgment. *See Gilbert v. State*, No. 05-18-01072-CR, 2019 WL 6522179 (Tex. App.—Dallas Dec. 4, 2019, no pet. h.). On January 10, 2020, appellant filed a pro se notice of appeal with the Collin County District Clerk who, in turn, sent the notice to this Court. The notice states appellant is "ready for review on challenge to jurisdiction."

We addressed appellant's challenge to the trial court's judgment in his direct appeal. That opinion issued December 4, 2019. Appellant did not file a motion for rehearing nor did he file a

petition for discretionary review. Rather, he filed a new notice of appeal again seeking review of the September 10, 2018 judgment.

We have already addressed and disposed of appellant's direct appeal. And his January 10, 2020 notice of appeal is untimely filed. *See* TEX. R. APP. P. 26.2.

We dismiss this appeal for want of jurisdiction.

/Ken Molberg//
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS PAUL GILBERT, Appellant

No. 05-20-00065-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-80015-2018.
Opinion delivered by Justice Molberg.
Justices Reichek and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 28th day of January, 2020.